```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF NEW HAMPSHIRE
```

**UNITED STATES OF AMERICA**

      **v.**                       **12-cr-** 144-01-PB

**HIEU MINH NGO**,
**a/k/a "hieupc,"**

<u>PRAECIPE FOR WARRANT</u>

The Clerk of said Court will issue warrant, an Indictment against the above-named defendant having been filed in the above-entitled cause on the 14th day of November, 2012.

This 14th day of November, 2012.

                                             <u>/s/ Arnold H. Huftalen</u>
                                             Arnold H. Huftalen
                                             Assistant U.S. Attorney


Warrant Issued: _____