**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW HAMPSHIRE**

**United States of America**

    **v.**                                          Case No. 12-cr-144-PB

**Hieu Minh Ngo**

<u>**SEALED ORDER**</u>

The defendant has moved to continue the August 20, 2013 trial in the above case for a period of 90 days, citing defendant's cooperation with the government's investigation and the need for additional time to negotiate a plea agreement. The government does not object to a continuance of the trial date.

Accordingly, for the above reasons and to allow the parties additional time to properly prepare for trial, the court agrees to continue the trial from August 20, 2013 to November 5, 2013. In agreeing to continue the trial, the court finds pursuant to 18 U.S.C.A. § 3161(h)(7)(A) that for the above-stated reasons, the ends of justice served in granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.

The August 5, 2013 final pretrial conference is continued
to October 25, 2013 at 2:00 p.m.  No further continuances.

SO ORDERED.


/s/Paul Barbadoro
Paul Barbadoro
United States District Judge


August 2, 2013

cc:  Michael Connolly, Esq.
     Arnold Huftalen, AUSA
     United States Marshal
     United States Probation