


1st May 2013

To the Presiding Judge,

United States Government Courts: District Court of New Hampshire

Re: Character Reference Letter for Minh Hieu Ngo

Your Honor,

I am an officer at the Ho Chi Minh Police Department and have known Hieu Minh Ngo for the last 1year. Hieu has been my sport friends since the past 1 year and we share a very close friendship.

During this time, I have found Hieu to be a kind, trustworthy, caring and loving person. Hieu has trouble with his thinking, as he always wants to help people and for him everyone around him will never take advantage of him and will respect everything that they receive. However, this has been happened and some of them have turned away when they knew that he is in trouble right now.

I understand that he has been charged with "identity theft". According to Hieu, he did not intend to do this as this thing had created huge impact on people, society and country of the United State of America as well as it is an illegal.

Hieu has mentioned in the letter, which he wrote for me that he is extremely sorry and feeling guilty about his action and would not have done the way he did, if he had been acknowledged and advised about it. He was also willing to work and to do everything to compensate for the damage caused. What he did was not intentional, and he regrets for his action. Please be lenient to him on behalf of his friends and family. Hieu will be extremely appreciate and respect the chance that he has. I hope Your Lord and Adjudicators can give for him a chance to work, live and contribute for the society as well as the country wherever he can.

If you wish to verify any of the above statements, please do not hesitate to call me on 0989001182

Thank you for taking time to read this letter. Kindly consider his situation, when making Yours decision.

Your sincerely,

*[signature]*

(Mr) Nguyen Tien Loi