


3rd May 2013

To the Presiding Judge,

United States Government Courts: District Court of New Hampshire

Re: Character Reference Letter for Minh Hieu Ngo

Your Honor,

Hieu had requested me to write a character reference letter with regard to his case. But the truth is that I had already written it and gave to his family before he made the request.

Hieu is a young man of good moral character, therefore it may seem hard to believe in the given circumstances, but this is true nonetheless. I have known him since his first year at university, when I tried to find a reliable student who can give for me information on the type of activities which student association does at the university. I am a police officer but in the field of education and my job is to ensure that all of the universities in Ho Chi Minh City will follow the government regulations. We have become good friends since then and Hieu helps me a lot on my work. From what I have seen and witnessed, these has made me believe that he is a decent young man at the core. He has dedicated many hours of his weekends helping other students and even officers with their works. Sometimes he organizes activities for other students so they can interact and understand the old people. He is bound to leave you with a smile, every time you meet him. He is a loving, caring young man and always treats people with honest and faithful.

As you can see, it is totally out of his character to be charged with a crime, like identity theft. He is smart, young, and dedicated volunteer. Hieu is also a student, and is working hard to complete his graduation with honors. The identity theft charge will have a negative impact on his future – both in academic as well as social work. I am sure, there may have been some mistake or misleading information on what Hieu had received from other people or even companies lead him to do it, as Hieu is not the type of person to take anything that does not belong to him. I hope Your Lord and Adjudicators will take into consideration the future of this young man and make a decision. Hoping Your Lord and Adjudicators can give for him a chance to make it up for what he will be charged as he was not intended to do it.

If you wish to verify any of the above statements, please do not hesitate to call me on 0945727990.

Thank you,

Your sincerely,

(Mr) Nguyen Thanh Van