


27th April 2013

To the Presiding Judge,

United States Government Courts: District Court of New Hampshire

Re: Character Reference Letter for Minh Hieu Ngo

Your Honor,

I am a friend of his brother in law and a person has close relationship with Hieu's family, therefore I know Hieu quite well. I have known him for the last 1 and half year now. Every single time when both families have special events, I am always been invited and spend lot of times with both families.

Hieu has left for me many good impressions as a young man of good moral character, caring and loving person. For me, he is just another younger brother with lot of passions in this life. Most of his times are study, work and help people. My job involves lots of activities with the hospitalize industries and Hieu is extremely loved to talk to me to find out information on who needs help and how he can do. Hieu helps many infant patients as well as cancer patients. Even the amount of money which he has given to them was small but it shows who he is and what he loves to do.

It may seem hard to believe in the given circumstances, but this is true nonetheless. As you can see, it is totally out of his character to be charged with a crime, like identity theft. He is smart, young, and dedicated volunteer. Hieu is also a student, and is working hard to complete his graduation with honors. This charge will definitely have a negative impact on his future so I would like Your Honor and Adjudicators can be lenient to him on deciding his sentence. I hope that you can give him a chance to compensate on what he did by working and contributing to the society and the country wherever Your Honor and Adjudicators can. On behalf of his family and friends, I am extremely thankful for the chance and the opportunities which Your Honor and Adjudicators give for him. I strongly believe that Hieu was not intended to do it if he knew this thing was wrong.

If you wish to verify any of the above statements, please do not hesitate to call me on 0916262087

Thank you,

Your sincerely,

*[signature]*

Mr. Đinh Bảo Minh