# STRAFFORD COUNTY
## DEPARTMENT OF CORRECTIONS

**Bruce Pelkie**
Superintendent

**Jake Collins**
Assistant Superintendent
Education and Programs

266 County Farm Road
Dover, NH 03820-6003
603-742-3310, Fax: 742-2192
Straffordjail@co.strafford.nh.us

### Strafford County Therapeutic Community Program

**3 July 2014**

To Whom It May Concern:

Hieu Ngo has completed the Men's Therapeutic Community program at SCDOC. He was admitted into the program on 04/02/14. He completed all phases of the program on 07/01/14

This program provides intensive drug and alcohol treatment in a segregated area at Strafford County Jail. Program participants receive daily drug and alcohol counseling along with cognitive behavioral change programming. All programming and peer activities are mandatory, and all participants are held to very restrictive cleanliness and behavior standards.

The program counselor states that Hieu's progress in the program was excellent. He contributed frequently to the group discussions and had a positive attitude. He also completed classes in anger management, parenting and career counseling while in the program.

Hieu was a peer leader in the program and has been allowed to remain in the program after graduation to mentor new participants.

It is our opinion that he participates in a meaningful manner in the programs at SCDOC.

Please feel free to contact the program department with any questions or concerns.

Sincerely,

Jake Collins, SCDOC

**_Classifications_**
Sgt. L. Noseworthy
Ofc. D. Baggs

**STRAFFORD COUNTY
DEPARTMENT OF
CORRECTIONS**

266 County Farm Road
Dover, New Hampshire  03820
Telephone: (603) 742-3310
Fax: (603) 742-2192
*e-mail: straffordjail@co.strafford.nh.us*



## INMATE PROGRESS REPORT

| | |
|---|---|
| **Date:** | 06/25/2014 |
| **Name:** | **Hieu Ngo** |
| **Date of Incarceration:** | 12/12/2013 |
| **Status:** | Pre-Trial, Federal |
| **Trustee Position:** | N/A |
| **Classification:** | Medium Custody |
| **Misconduct Reports:** | No misconduct reports to date |
| **Program Participation:** | Currently in the Therapeutic Community Rehab Healthy Relationships, Life Skills, Anger Management Domestic Violence Class. |

Officer D Baggs
Classifications Department

*"Good Corrections Reduces Crime"*

# Certificate of Completion

This is to certify that

## Hieu Ngo

Has completed Phase One of the Men's Therapeutic Community Program at SCDOC

_____
SCDOC Programs

Date: 5/2/2014
Control # MTC 12-961

# CERTIFICATE OF COMPLETION

THIS IS TO CERTIFY THAT

## HIEU NGO

HAS COMPLETED PHASE TWO OF THE MEN'S
THERAPEUTIC COMMUNITY PROGRAM AT SCDOC

SCDOC PROGRAMS

DATE: 6/1/2014
CONTROL # MTC 12-977

# Certificate of Completion

This is to certify that

## Hieu Ngo

Has completed The Men's Therapeutic Community Program at SCDOC

SCDOC Programs

Date: 7/1/2014
Control # MTC 12-990

# Certificate of Attendance

This is to certify that

## Hieu Ngo

Has Completed **12** Sessions of the
Parenting Program
At SCDOC

SCDOC PROGRAMS

DATE: 6/17/2014
CONTROL # 14-0212

# CERTIFICATE OF COMPLETION

THIS IS TO CERTIFY THAT

## HIEU NGO

HAS COMPLETED **6** SESSIONS OF THE
ANGER MANAGEMENT PROGRAM
AT SCDOC

*[signature]*
SCDOC PROGRAMS

DATE: 1/8/2014
CONTROL # 14-0003

# CERTIFICATE OF COMPLETION

THIS IS TO CERTIFY THAT

## HIEU NGO

HAS COMPLETED **6** SESSIONS OF THE
ANGER MANAGEMENT PROGRAM
AT SCDOC

SCDOC PROGRAMS

DATE: 3/19/2014
CONTROL # 14-0077

# Certificate of Completion

This is to certify that

## Hieu Ngo

Has completed 8 Sessions of the
Life Skills Program at SCDOC

_____
SCDOC Programs

Date: 2/7/2014
Control # 14-0048

# CERTIFICATE OF ATTENDANCE

THIS IS TO CERTIFY THAT

## HIEU NGO

HAS COMPLETED THE THINKING FOR A CHANGE PROGRAM AT SCDOC

DATE: 7/1/2014
CONTROL # 14-0101



SCDOC PROGRAMS

# CERTIFICATE OF COMPLETION

THIS IS TO CERTIFY THAT

## HIEU MINH NGO

HAS COMPLETED THE REQUIRED SESSIONS OF THE
REENTRY PROGRAM AT SCDOC

_____
SCDOC PROGRAMS

DATE: 03/13/2015
CONTROL # RC-00020

# Certificate of Completion

THIS IS TO CERTIFY THAT

## HIEU NGO

HAS COMPLETED THE DRUG AND ALCOHOL EDUCATION PROGRAM AT SCDOC

DATE 7/1/2014
CONTROL # 14-0102

SCDOC PROGRAMS