①

Dear Michael!

FEB 2 5 2015

How are you doing?

I'm still doing great in the program, by the time I came back from Ohio, I asked the program manager to come back to this Therapeutic Community program again, and they accepted me to back here to mentor new comers (drug and alcohol addicts). I'm grateful to be in here because it's keeping my mind busy and stay positive, by helping and sharing with other people and I think that's the meaning of my life, to use my mind and my heart to help people. I have a plan for my future, that's why it keeps me stay busy and positive until today. I keep that hope and I believe someday when I go home

②

I can rebuild my life again by a good meaning and purposeful! My message is always: "Never Give Up". I never stop improving myself every single day. It's more than 2 years since I got locked up, I've been through a lot of things in this 2 years, sometimes I can't believe it that I survived until today. Far away from my family, I missed a lot of good moments with them. But I'm lucky, because my family, my girlfriend and my loved ones are still waiting and supporting me, we get more understanding each other than before, I believe that I'm the richest person in the world, because I have someone to love, I have something to hope for and I have something to do. I hope that the U.S. Government'll give me a last

③

chance, I'll take it and do the best as I can with my all abilities and knowledges. Be honest to myself to move forward to the future with a new perspective. The end of this letter, I'd like to say appreciate and thankful to whatever you have done to help me and also my family too. And also to your all partners, especially is Laura, she did a good job and very nice person. Again, thank you very much to you and Laura for your job.

Best Regards,

Hieu

(P/s: Have a nice day! Stay healthy and take care)