Acknowledgment – Sentencing Options and Supervision Conditions

# UNITED STATES DISTRICT COURT
## District of New Hampshire

U.S. DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

JUN 15 2015

FILED

UNITED STATES OF AMERICA

v.

**ACKNOWLEDGMENT**

<u>Hieu Minh Ngo</u>
Defendant

Case Number: **0102 1:12CR00144-01-PB &
0102 1:14CR-00081-01-PB**

I, <u>Hieu Minh Ngo</u>, acknowledge that I have received, reviewed and understand the proposed Sentencing Options and Supervision Conditions filed by the U.S. Probation Office in this case.

Date: 6|15|15

_____
Defendant

_____
Defense Counsel

cc: Defendant
U.S. Attorney
U.S. Marshal
U.S. Probation
Defense Counsel

USDCNH-103 (10-14)