This Order remains in effect.   Unless otherwise ordered, the terms of this Order shall remain in force until the exhaustion of all appeals and collateral review in the instant criminal matter.

Return of material produced pursuant to the terms of this Order.   Within thirty days of the exhaustion of all appeals and collateral review in the instant criminal matter, defense counsel shall return to the government material produced pursuant to the terms of this Order.

**F.   Violation of Order**

A violation of this Order may result in a finding of Contempt by the Court.

WHEREFORE, the United States respectfully requests that the Court endorse the Proposed Protective Order filed herewith.

June 19, 2015

Respectfully submitted,
Donald Feith
Acting United States Attorney

By:   /s/ Arnold H. Huftalen
Arnold H. Huftalen
Assistant U. S. Attorney
NH Bar # 1215
53 Pleasant St. 4th Floor
Concord, New Hampshire 03301
(603) 225-1552
arnold.huftalen@usdoj.gov

**CERTIFICATE OF ASSENT & SERVICE**

I certify that the defendant, through counsel, assents to this motion, and that a copy of this motion has been served upon defense counsel, Michael Connolly, Esq., via ECF filing notice this day, June 19, 2015.

/s/ Arnold H. Huftalen
Arnold H. Huftalen, AUSA