```
                    UNITED STATES DISTRICT COURT
                     SOUTHERN DISTRICT OF OHIO
                         WESTERN DIVISION

                              - - -

UNITED STATES OF AMERICA,     .  Case No. 3:13-cr-175
                              .
        Plaintiff,            .
                              .  Day 2 of Jury Trial
        - v -                 .
                              .  Monday, November 3, 2014
LANCE EALY,                   .  9:12 AM
                              .
        Defendant.            .  Dayton, Ohio
. . . . . . . . . . . . . . . .


                    TRANSCRIPT OF PROCEEDINGS
         BEFORE THE HONORABLE MICHAEL R. BARRETT, and a JURY


For the Plaintiff:     ALEX R. SISTLA, ESQ.
                       ANDREW J. HUNT, ESQ.
                       Assistant U.S. Attorneys
                       United States Attorney's Office
                       200 West Second Street, Suite 600
                       Dayton, Ohio  45402


For the Defendant:     LANCE EALY (Pro Se)

                       THOMAS W. ANDERSON, ESQ. (Standby Counsel)
                       Federal Public Defender's Office
                       Fifth Third Center
                       Suite 490
                       One South Main Street
                       Dayton, Ohio  45402

Also present:          Laura Angelini, Esq.; Hinckley Allen
                       Bradley Bierman, Internal Revenue Service
                       Sophie Quang Liu, Interpreter
                       My Le Nguyen, Interpreter
                       Mary Beth Turk, Secret Service

Law Clerk:             Cristine V. Frankian

Courtroom Deputy:      Barbara A. Crum

Court Reporter:        Luke T. Lavin, RDR, CRR
```

*Proceedings recorded in stenotype;*
*transcript prepared by computer.*

1  liar, and then now I want to be truly honest to myself and to
2  other people. I want to use my computer skill to help the
3  people.
4  Q. Okay. The conduct that you pled guilty to, it included
5  hacking?
6  A. Yes.
7  Q. And it included setting up a website?
8  A. Yes.
9  Q. Where did that conduct occur? Was that in Vietnam or
10 somewhere else?
11 A. In Vietnam.
12 Q. So you've mentioned a couple times about being a hacker.
13 Can you explain that to the jury. What is a hacker?
14 A. There are three different kinds of hacker. I am a black
15 hacker. And another kind is white hacker and another kind a
16 gray hacker. But talking about black hacker like me, it mean
17 stealing stuff off of a system, get inside the server to get
18 account information or sensitive information like credit card,
19 social security number, date of birth, open account, anything
20 related to a person life.
21 Q. So is a hacker generally someone who tries to break into
22 computer systems?
23 A. Yes.
24 Q. How did you get involved in that?
25 A. When I was a teenager about 16, 17 years old, and then I

1  read on the news or newspaper. And then when I heard about
2  hacker, I very inter-- you know, it's very interesting me.
3  Q. Why did it interest you?
4  A. Because they very smart, you know. And then they can wreck
5  a system without any notice from -- from the people and without
6  any permission. They smart, and then I want to become the
7  same. That's why I try to research by myself through Google.
8  Q. And when did you start getting interested in trying to be a
9  hacker?
10 A. About nine years ago.
11 Q. About nine years ago?
12 A. Yes.
13 Q. And ultimately how did you learn to become a hacker?
14 A. I learned through Google and underground hacking forum.
15 Q. When you say you learned through Google, what did you do?
16 A. I do some research about hacking techniques to learn
17 through many websites. And then I try to hack -- try to find
18 any website that have some problems on their website and then I
19 try to hack it, sometimes just for fun.
20 Q. Why would you want to hack websites for fun?
21 A. Because I really enjoy it when I break down a system and
22 try to find out what inside on their website or on their
23 server. So I can use their administrator to control their
24 website or slew something or destroy something. So it make me
25 feel excited.

1  Q. When you published the e-books, under -- what name did you
2  publish it under?
3  A. The name is *E-Book Hacking Credit Card*.
4  Q. I'm sorry. Did you use the hieupc name?
5  A. Yes.
6  Q. So it was possible to associate those books with you?
7  A. Yes.
8  Q. Okay. Now, you mentioned that when you started -- when you
9  started hacking initially, was it for fun, or was it to make
10 money?
11 A. The first time I just hack for fun to enjoy myself, wreck
12 other system, destroy something. I put my name on it, you
13 know, so the people, they can know their website or their
14 server just got hacked by someone.
15 Q. And at some point did you start hacking for money?
16 A. Yes.
17 Q. And how did that sort of start?
18 A. When I was in New Zealand.
19 Q. When were you in New Zealand?
20 A. Around 2009, '10. Yeah.
21 Q. Why did you go to New Zealand?
22 A. I went to New Zealand to study English.
23 Q. Did you have any family members there?
24 A. Yes.
25 Q. Who was there?

```
 1  I'm going to break it down a little bit.  When you said --
 2  first, where were you getting the credit card information from?
 3  A.  Oh.  I got from online -- online shopping websites.
 4  Q.  Online shopping websites?
 5  A.  Yes.
 6  Q.  How would you get the credit card information from those
 7  online shopping websites?
 8  A.  I hack into that.
 9  Q.  And were these New Zealand websites?
10  A.  I mean, doesn't matter which country.  Yeah, it's -- if
11  they had problems and then I can hack into their websites, I
12  just hack to steal the credit card.
13  Q.  Okay.  After you hacked in you were able to get the credit
14  cards?
15  A.  Yes.
16  Q.  And specifically did you personally use the credit cards,
17  or did you sell the credit card information?
18  A.  Both.
19  Q.  You did both?
20  A.  Yeah.
21  Q.  Okay.  Who would you sell the credit card information to?
22  A.  To other hackers or any person who need.
23  Q.  And how would you find customers?
24  A.  They just contact me or I -- because they know my name on
25  too many forum or website, underground hacking forum, and they
```

1     I N D E X (Continued)

2    PLAINTIFF'S WITNESS:                                    PAGE

3    HIEU MINH NGO
     Direct Examination by Mr. Sistla ................. 64
4    Cross-Examination by Mr. Anderson ................ 208
     Redirect Examination by Mr. Sistla ............... 254
5    Recross-Examination by Mr. Anderson .............. 264

6                              - - -

7                           E X H I B I T S

8    EXHIBIT NUMBER:                                     ADMITTED

9    Government's Exhibit 35 .......................... 123
     Government's Exhibit 36 .......................... 109
10   Government's Exhibit 41.1 through 41.49 .......... 156

11                             - - -

12                       C E R T I F I C A T E

13          I, Luke T. Lavin, RDR, CRR, the undersigned, certify

14   that the foregoing is a correct transcript from the record of

15   proceedings in the above-entitled matter.

16

17                              s/Luke T. Lavin
                                Luke T. Lavin
18                              Official Court Reporter

19                             - - -