UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

USA

Hieu Minh Ngo

OFFERED BY: Defendant

Case #  2Cr 144-01-PB
14Cr 81-01-PB

# EXHIBITS

| NUMBER/LETTER | DESCRIPTION |
|---|---|
| A | Defendant's Life Plan |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |

USDCNH-25 (2-96)